Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California  95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
LINDA DORIS CRANE

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| LINDA DORIS CRANE,<br><br>                  Plaintiff,<br><br>v.<br><br>MIDLAND CREDIT MANAGEMENT, INC., a Kansas Corporation; and MIDLAND FUNDING, LLC, a Delaware limited liability company,<br><br>                  Defendants. | Case No. CV10-04034-JL<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER**<br><br>Fed. R. Civ. P. 41(a)(1) |

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, LINDA DORIS CRANE, and Defendants, MIDLAND CREDIT MANAGEMENT, INC., and MIDLAND FUNDING, LLC, stipulate, and the Court hereby orders, as follows:

    1. The dispute between the parties has been settled, therefore, the claims asserted by Plaintiff, LINDA DORIS CRANE, against Defendants, MIDLAND CREDIT MANAGEMENT, INC., and MIDLAND FUNDING, LLC, in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

/ / /

/ / /

/ / /

---

1 | Dated: December 7, 2010 | /s/ Fred W. Schwinn
2 | | Fred W. Schwinn, Esq.
  | | Attorney for Plaintiff
3 | | LINDA DORIS CRANE
4 |
5 | Dated: December 7, 2010 | /s/ Tomio B. Narita
  | | Tomio B. Narita, Esq.
6 | | Attorney for Defendants
  | | MIDLAND CREDIT MANAGEMENT, INC.,
7 | | and MIDLAND FUNDING, LLC

8 | THE FOREGOING STIPULATION
9 | IS APPROVED AND IS SO ORDERED.

10 | Dated: December 8, 2010
11 | | _____
12 | | The Honorable James Larson
    | | United States Magistrate Judge

- 2 -

STIPULATION OF DISMISSAL AND ORDER      Case No. CV10-04034-JL