Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California 95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
LINDA DORIS CRANE

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| LINDA DORIS CRANE,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>MIDLAND CREDIT MANAGEMENT, INC., a Kansas Corporation; and MIDLAND FUNDING, LLC, a Delaware limited liability company,<br><br>　　　　　　　Defendants. | Case No. CV10-04034-JL<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER**<br><br>Fed. R. Civ. P. 41(a)(1) |

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, LINDA DORIS CRANE, and Defendants, MIDLAND CREDIT MANAGEMENT, INC., and MIDLAND FUNDING, LLC, stipulate, and the Court hereby orders, as follows:

　　　1.　The dispute between the parties has been settled, therefore, the claims asserted by Plaintiff, LINDA DORIS CRANE, against Defendants, MIDLAND CREDIT MANAGEMENT, INC., and MIDLAND FUNDING, LLC, in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

/ / /

/ / /

/ / /

---

| | |
|---|---|
| Dated: December 7, 2010 | /s/ Fred W. Schwinn<br>Fred W. Schwinn, Esq.<br>Attorney for Plaintiff<br>LINDA DORIS CRANE |
| Dated: December 7, 2010 | /s/ Tomio B. Narita<br>Tomio B. Narita, Esq.<br>Attorney for Defendants<br>MIDLAND CREDIT MANAGEMENT, INC.,<br>and MIDLAND FUNDING, LLC |

THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED.

Dated: December 8, 2010

*[signature: James Larson]*

The Honorable James Larson
United States Magistrate Judge